IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01576-RJB

BROADCAST MUSIC, INC.;
INTERIOR MUSIC CORP.;
SEASONS FOUR MUSIC;
EMI VIRGINS SONGS, INC. d/b/a EMI LONGITUDE MUSIC;
SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING;
PEERMUSIC III LTD.;
VELVET APPLE MUSIC;
UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.;
TOKECO TUNES;
GEORGIAN HILLS MUSIC;
SONGS OF UNIVERSAL, INC.;
ESCATAWPA SONGS; and
EMI BLACKWOOD MUSIC, INC.,

   Plaintiffs,
 v.

H & W INCORPORATED d/b/a FIREHOUSE TAVERN;
JAMES ROSSON;
HERBERT ROSSON; and
DAVID FAULK, each individually,

   Defendants.

**ORDER OF JUDGMENT**

This matter came before the Court on Plaintiffs' Motion for Default Judgment. Having considered the pleadings, affidavits and memorandum, it is ORDERED AND ADJUDGED:

1. Plaintiffs' Motion for Default Judgment against Defendants H&W Incorporated d/b/a Fire House Tavern, James Rosson, Herbert Rosson, and David Faulk, each individually is

GRANTED, this Court finding that Defendants knowingly and intentionally infringed upon the copyrights of nine musical compositions owned and/or licensed by Plaintiffs.

2. Jurisdiction is vested in this Court under 28 U.S.C. § 1338(a).

3. Plaintiffs shall recover from Defendants H&W Incorporated d/b/a Fire House Tavern, James Rosson, Herbert Rosson, and David Faulk, each individually, jointly and severally, statutory damages in the amount of $3,000 for each of the nine musical compositions, for a total of $27,000, pursuant to 17 U.S.C. Section 504(c)(1).

4. Plaintiffs shall recover from Defendants H&W Incorporated d/b/a Fire House Tavern, James Rosson, Herbert Rosson, and David Faulk, each individually jointly and severally, full costs in this action, including reasonable attorneys' fees in the amount of $8,073.00, pursuant to 17 U.S.C. Section 505.

5. Plaintiffs shall recover from Defendants H&W Incorporated d/b/a Fire House Tavern, James Rosson, Herbert Rosson, and David Faulk, each individually, jointly and severally, interest on the full amount of this judgment, from the date of this judgment, pursuant to 28 U.S.C. Section 1961.

6. Defendants H&W Incorporated d/b/a Fire House Tavern, James Rosson, Herbert Rosson, and David Faulk, each individually and their agents, servants, employees and all persons acting under their permission or authority shall be permanently enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by Broadcast Music, Inc.

7. This Court shall retain jurisdiction over this action for the purpose of enforcing the judgment granted.

DATED:  November 30, 2012.

*[signature: Brooke Jackson]*

UNITED STATES DISTRICT JUDGE

64569638V.1