**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01576-RBJ

Broadcast Music, Inc., et al.

        Plaintiff(s),

v.

H&W Incorporated d/b/a Firehouse Tavern, James Rosson; Herbert Rosson, and David Faulk, each individually

        Defendant(s).

---

**ORDER APPROVING STIPULATION FOR PAYMENT BY GARNISHEE, JPMORGAN CHASE BANK, N.A.**

---

THIS MATTER having come before the Court, and the Court having reviewed the Stipulation for Payment by Garnishee, JPMorgan Chase Bank, N.A. (the "Stipulation") filed by the Plaintiffs and Defendant, Hebert Rosson, and being further advised on the premises,

HEREBY ORDERS that the Stipulation is approved and made an Order of the Court. The garnishee, JPMorgan Chase Bank, N.A., is ordered to pay the $3,483.41 of funds garnished from Hebert Rosson's bank account to the Plaintiff's counsel, David B. Law, at Miller & Law, P.C., 1900 W. Littleton Blvd., Littleton, CO 80120.

DATED this 4th day of May, 2015.

        BY THE COURT:

        */s/ Brooke Jackson*

        _____
        R. Brooke Jackson
        United States District Judge